# Exhibit 1

**Steven R. Perles**
Attorney and Counselor at Law
*A Professional Corporation*

1666 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20009

*Telephone* 202.745.1300
*Facsimile* 202.328.9162

6 June 2001

Allen L. Rothenberg
Attorney at Law
1518 Walnut Street
18th Floor
Philadelphia, PA 19102

**BY FACSIMILE: HARD COPY TO FOLLOW BY MAIL**

Ref: Beirut Marine Corps Barracks Bombing

Dear Allen:

Tom Fay has advised me that the two of you have spoken and that you now only require a reaffirmation of our fee sharing letter agreement within the context of the Beirut Marine Corps Barracks Bombing.

Tom and I we will shortly be filing a complaint on behalf of the servicemen killed and injured in the 1983 terrorist bombing of the Beirut Marine Corps Barracks. The defendant in that action will be the Islamic Republic of Iran and appropriate state actors. At our request, you have joined us in this action in order to assist with certain client management matters including the referral of specific cases and the opening of estates for the decedents in each case you have referred.

Tom and I hereby affirm that the three of us will share equal thirds of the net fees earned in the prosecution of the counts brought on behalf of each claimant you have referred to our offices, as evidenced by the submission to my office of an executed original retainer agreement.

Tom has reviewed this document and is in agreement with its contents.

With best wishes.

Cordially,

Steven R. Perles

*[handwritten: This is satisfactory to me.]*

ALR ARB. - SRP 000003