# Exhibit 2

THE LAW FIRM OF
# ALLEN L. ROTHENBERG

ALLEN L. ROTHENBERG*
BARBARA ROTHENBERG**
JOSEPH C. MURRAY
HARRY ROTHENBERG**
MARC J. ROTHENBERG *
NEIL M. SHUKOVSKY
LORI E. ZEID***
ROBERT G. MANGOLD***
BETH ROTHENBERG-HALPERIN***
ROSS B. ROTHENBERG **
SCOTT J. ROTHENBERG**
BRADLEY S. HAMES ***

* ALSO MEMBER NY AND D.C. BAR
** ALSO MEMBER NJ AND NY BAR
*** ALSO MEMBER NJ BAR
**** ALSO MEMBER NY BAR
* MEMBER NY, NJ AND D.C. BAR ONLY
** MEMBER NY AND NJ BAR ONLY
*** MEMBER NY, MD AND D.C. BAR ONLY

ROTHENBERG CENTER
1420 WALNUT STREET
SECOND FLOOR
PHILADELPHIA, PENNSYLVANIA 19102
WWW.INJURYLAWYER.COM

TELEPHONE (215) 732-7000
FAX (215) 732-2758
FEDERAL I.D. #23-1646941

NEW YORK
450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123
(212) 563-0100

WASHINGTON, D.C.
700 5TH STREET N.W.
WASHINGTON, D.C. 20001
(202) 986-4000

NEW JERSEY
Law Firm of Barbara Rothenberg
811 CHURCH ROAD
CHERRY HILL, N.J. 08002
(856) 665-7400

November 21, 2007

Steven R. Perles, Esq.                          Thomas Fortune Fay, Esq.
1146 19th Street, 5th Floor                     700 5th Street NW, Suite 200
Washington, DC 20036                            Washington, DC 20001

      Re:    Division of Fees—<u>Peterson et al. v. Iran</u>

Dear Steve and Tom,

    Kindly allow this letter to memorialize and confirm that to which we have agreed in our many in-person meetings and telephone conversations regarding our firms' division of fees in the matter of <u>Peterson et al. v. Iran</u>. This agreement shall supersede any prior agreements between us and our firms regarding this matter.

    We agree that, as co-counsel, each of our respective firms is to receive one-third of the net attorneys' fee achieved in this matter from all claims on behalf of the 101 servicemen or their estates as named in the attached list compiled by Tom and his staff. Each of our three firms is also to receive one-third of the net attorneys' fee resulting from damages awarded in this matter at any time to any of the listed servicemen's family members or those family members' estates.

    Further, we understand that in light of the publicity generated by the joint efforts of our firms in <u>Peterson et al. v. Iran</u>, we have begun to receive inquiries with respect to the possibility of representation of additional servicemen, servicemen's estates, family members, and/or family members' estates. Should any of us be asked to bring claims on behalf of servicemen, servicemen's estates, family members, and/or family members' estates previously unrepresented by our firms, we agree that prior to the commencement of representation, we will provide each other the opportunity, in writing, to handle such matters jointly. We further agree that any legal fee received will be divided equally among those of us who elect to participate in said representation, after the payment of fees to any co-counsel whom we may engage. However, this agreement in no way obligates any of us to prosecute any actions on behalf of new claimants.

ALR ARB. - SRP 000019

Steven R. Perles, Esq.
Thomas Fortune Fay, Esq.
November 21, 2007
Page 2

    Please sign where indicated, signifying your agreement to that herein stated, and please initial the attached list where indicated, signifying that you have read and approved it.

    I look forward to continuing to work with you for the mutual benefit of our respective firms and our clients, and to provide a strong deterrent to international state-sponsored terrorism.

Sincerely,

*Allen L. Rothenberg*

ALLEN L. ROTHENBERG

ALR/amz
Enclosure

Agreed and Accepted:

_____
STEVEN R. PERLES, ESQ.   Date
11/27/2007

Agreed and Accepted:

_____
THOMAS FORTUNE FAY, ESQ.   Date
11/27/2007

ALR ARB. - SRP 000020