# Exhibit 3

ALLEN L. ROTHENBERG*
BARBARA ROTHENBERG**
JOSEPH C. MURRAY
HARRY ROTHENBERG**
MARC J. ROTHENBERG *
NEIL M. SHUKOVSKY
LORI E. ZEID***
ROBERT G. MANGOLD***
BETH ROTHENBERG-HALPERIN***
ROSS B. ROTHENBERG **
SCOTT J. ROTHENBERG**
BRADLEY S. HAMES ***

*ALSO MEMBER NY AND D.C. BAR
**ALSO MEMBER NJ AND NY BAR
***ALSO MEMBER NJ BAR
****ALSO MEMBER NY BAR
* MEMBER NY, NJ AND D.C. BAR ONLY
** MEMBER NY AND NJ BAR ONLY
*** MEMBER NY, MD AND D.C. BAR ONLY

THE LAW FIRM OF
# ALLEN L. ROTHENBERG

ROTHENBERG CENTER
1420 WALNUT STREET
SECOND FLOOR
PHILADELPHIA, PENNSYLVANIA 19102
WWW.INJURYLAWYER.COM

TELEPHONE (215) 732-7000
FAX (215) 732-2758
FEDERAL I.D. #23-1646941

NEW YORK
450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123
(212) 563-0100

WASHINGTON, D.C.
700 5TH STREET N.W.
WASHINGTON, D.C. 20001
(202) 986-4000

NEW JERSEY
Law Firm of Barbara Rothenberg
811 CHURCH ROAD
CHERRY HILL, N.J. 08002
(856) 665-7400

November 27, 2007

Steven R. Perles, Esq.
1146 19th Street, 5th Floor
Washington, DC 20036

Thomas Fortune Fay, Esq.
700 5th Street NW, Suite 200
Washington, DC 20001

Re:    Division of Fees—Peterson et al. v. Iran

Dear Steve and Tom,

Kindly allow this letter to memorialize and confirm that to which we have agreed in our many in-person meetings and telephone conversations regarding our firms' division of fees in the matter of Peterson et al. v. Iran. This agreement shall supersede any prior agreements between us and our firms regarding this matter.

We agree that, as co-counsel, each of our respective firms is to receive one-third of the net attorneys' fee achieved in this matter from all claims on behalf of the 101 servicemen or their estates as named in the attached list compiled by Tom and his staff. Each of our three firms is also to receive one-third of the net attorneys' fee resulting from damages awarded in this matter at any time to any of the listed servicemen's family members or those family members' estates.

Please sign where indicated, signifying your agreement to that herein stated, and please initial the attached list where indicated, signifying that you have read and approved it.

I look forward to continuing to work with you for the mutual benefit of our respective firms and our clients, and to provide a strong deterrent to international state-sponsored terrorism.

Sincerely,

*[signature]*
ALLEN L. ROTHENBERG

ALR/amz
Enclosure

Agreed and Accepted: *[signature]* 11/28/2007
STEVEN R. PERLES, ESQ.           Date

Agreed and Accepted: *[signature]* 11/28/2007
THOMAS FORTUNE FAY, ESQ.           Date

**Rothenberg/Perles/Fay Clients**

**Victims' and Survivors' Names**

Abbott, Terry
Albright, Marvin (s)
Allman, John Robert
Arroya, Pablo (s)
Banks, Anthony (s)
Bates, Ronny
Beamon, Jess
Belmer, Alvin
Blankenship, Richard
Blocker, John W.
Boccia, Joseph J. Jr.
Boulos, Jeffrey Joseph
Burnette, Rodney (s)
Callahan, Paul Lynn
Ceasar, Johnnie D.
Comes, Frank, Jr. (s)
Conley, Robert Allen
Cook, Charles Dennis
Copeland, Johnny Len
Cyzick, Russell
Dolphin, Glenn (s)
Dorsey, Nathaniel G.
Dunnigan, Timothy J.
Earle, Bryan L.
Eaves, Daniel
Estes, Danny R.
Fluegel, Richard A.
Frye, Charles (s)
Fulcher, Michael D.
Gangur, George
Garcia, Randall J.
Garner, Truman Dale
Ghumm, Harold D.
Haskell, Michael S.
Helms, Mark A.
Hildreth, Donald
Hlywiak, John (s)
Hudson, Dr. John R.
Iacovino, Edward, Jr.
Jacobs, Joseph (s)
Jenkins, Nathaniel

Allen L. Rothenberg, Esq.:    Thomas Fortune Fay, Esq.:    Steven R. Perles, Esq.:
*/s/ ALR*                      */s/ TFF*                    */s/ SRP*

Johnston, Edward
Jones, Steven
Julian, Thomas Adrian
Keown, Thomas C.
Kirkpatrick, Brian (s)
Kluck, Daniel
Kreischer, Freas, III
Laise, Keith
Langon, James J.
LaRiviere, Michael S.
LaRiviere, Steven B.
Lemnah, Richard
Lyon, Paul
Maitland, Samuel
Martin, Charlie Robert
McDonough, James
Menkins, Robert, Jr.
Meurer, Ronald
Mitchell, Timothy D. (s)
Moore, Joseph
Moore, Lovelle (s)
Nashton, Jeffrey (s)
Oliver, John Edward (s)
Olson, John
Owens, Joseph A.
Page, Connie Ray
Pearson, John L.
Pollard, William Roy
Prevatt, Victor Mark
Richardson, Warren
Russell, Stephen (s)
Sauls, Michael C.
Schultz, Scott Lee
Scialabba, Peter
Scott, Gary R.
Shipp, Thomas Alan
Shropshire, Jerryl D.
Simpson, Larry H. Jr.
Smith, Kirk H.
Smith, Thomas G.
Sommerhof, William Scott
Spaulding, Dana (s)
Spencer, Stephen E.
Stelpflug, William John
Stephens, Horace Renardo
Stockton, Craig

| Allen L. Rothenberg, Esq.: | Thomas Fortune Fay, Esq.: | Steven R. Perles, Esq.: |
|---|---|---|
| *signature* | *signature* | *signature* |

Sturghill, Eric D.
Swinson, Craig (s)
Tingley, Stephen Dale
Toma, Michael (s)
Vallone, Donald H. Jr.
Wheeller, Pastor Danny
Wigglesworth, Dwayne
Williamson, Johnny Adam
Williams, Rodney J.
Williams, Scipio, Jr.
Winter, William Ellis
Woollett, Donald E.
Young, Jeffrey D.
Young, Thomas P. (s)

Allen L. Rothenberg, Esq.:    Thomas Fortune Fay, Esq.:    Steven R. Perles, Esq.: