# Exhibit 8

```
JAMS COMPREHENSIVE ARBITRATION
NEW YORK, NEW YORK
--------------------------------------------

ALLEN L. ROTHENBERG, ESQ., THE LAW
FIRM OF ALLEN L. ROTHENBERG, and THE
ROTHENBERG LAW FIRM LLP,

                Claimants,

           and                              JAMS Ref. No.
                                              1425036110
THOMAS FORTUNE FAY, ESQ., THE FAY LAW
GROUP, P.A., STEVEN R. PERLES, ESQ.,
PERLES LAW FIRM, P.C., and FAY and
PERLES FSIA LITIGATION PARTNERSHIP,

                Respondents.

--------------------------------------------
```

## ORDER NO. 2
## (PROCEDURAL ORDER)

A preliminary hearing was conducted by Zoom conference in this matter on January 10, 2022, pursuant to prior notice. The following order is made respecting the conduct of this Arbitration:

1. <u>Parties and Counsel.</u>  The parties to this Arbitration are identified in the caption and are represented as follows:

   Counsel for Claimants:

   Peter C. Buckley, Esq.
   Fox Rothschild LLP
   2000 Market Street
   20th Floor
   Philadelphia, PA 19103-3291

   Tel:  215-299-2854
   Fax:  215-299-2150
   Email:  pbuckley@foxrothschild.com

1

Counsel for Respondents Fay and FSIA:

    Timothy Altemus, Esq.
    Fay Law Group, PA
    6205 Executive Blvd.
    Rockville MD 20852

    Tel:  202-589-1302
    Fax:  202-216-0298
    Email: timothy.altemus@faylawgroup.com

Counsel for Respondents Perles and FSIA:

    Douglas Bregman, Esq.
    Geoffrey Hervey, Esq.
    Bregman, Berbert, Schwartz & Gilday, LLC
    7315 Wisconsin Avenue
    Suite 800 West
    Bethesda, MD 20814

    Tel:  301-928-2021 (Bregman)
          703-819-3761 (Hervey)
    Fax:  301-961-6525
    Email:  dbregman@bregmanlaw.com
           ghervey@bregmanlaw.com

2. <u>Arbitrator</u>:

    Stephen G. Crane
    JAMS
    620 Eighth Avenue
    34th Floor
    New York, NY 10018

    Tel:  646-251-9099
    Email:  scrane@jamsadr.com

3.  <u>JAMS Case Manager</u>:

    Shakiya Wright-McDuffie
    JAMS
    620 Eighth Avenue 34th Floor
    New York, NY 10018


    Tel:  212-607-2761
    Fax:  212-751-4099
    Email:  ksilhan@jamsadr.com


4. The claims are set forth in a Demand for Arbitration dated September 14, 2021, with attachments.  The Answers are contained in separate undated Responses of the Fay Respondents and the Perles Respondents with Appendix, each served on October 8, 2021.  The Perles Respondents reserve until January 20, 2022, the right to amend or supplement their pleading.  Otherwise, the parties have no intention to amend or supplement their respective pleadings.  The Respondents will clarify the status of Respondent Fay and Perles FSIA Litigation Partnership and decide by January 20, 2022, which pleading or pleadings it joins as one of the parties in making the allegations thereof.  The defense of contractual time limitation was dismissed on motion decided by Order No. 1 dated December 13, 2021.  There are no other objections to arbitrability.

5.  The Claimants brings this Arbitration pursuant to an Arbitration Agreement among them and non-party Anthony LaSpada Esquire dated December 4, 2017.

6. The parties agree that the interpretation of the Arbitration Agreement shall be governed by New York Law.  The parties shall determine the law or laws that apply to determination of the "Fee Dispute" as the issue arises, if at all.  In the absence of agreement, the Arbitrator will decide which law should apply.  The parties agree that the JAMS Comprehensive Rules and Procedures [effective June 1, 2021], including their Expedited Procedures, shall apply to this Arbitration.

7.  There shall be no ex parte communications with the Arbitrator, and there shall be no direct communication with him without permission from his case manager except for the purpose of soliciting rulings during depositions, provided all counsel are on the telephone conference call made for this purpose.

3

8.   The Arbitrator and JAMS shall maintain the confidential nature of the Arbitration proceeding.

9.   The parties agree that the Arbitrator may employ the services of a research assistant for which the parties may be charged no more than $375 per hour.  This research assistant will be selected only after the Arbitrator has run a conflict check on the research assistant and will select one who is conflict-free.  The research assistant will be bound by all provisions governing confidentiality to the same extent as the Arbitrator is bound thereby.

10.  The parties agree that the Award in this matter shall be a reasoned written award.  The parties also agree that the Arbitration Agreement contains no provision for shifting the attorneys' fees of the prevailing party.

11.  While the parties will be submitting to the Arbitrator the issue of the scope of this Arbitration, and, therefore, they will meet and confer concerning the schedule of the Arbitration leading up to the hearing, the following shall apply to this Arbitration:

    January 20, 2022   Deadline for Respondents Perles to supplement or amend their pleading.  Respondents to submit to the Arbitrator their position on the scope of this Arbitration with respect to issues involving non-Beirut plaintiffs.

    January 28, 2020   Claimants to Respond to Respondents' position statement.

    January 31, 2022   Recorded Zoom oral argument to commence at 11:00 a.m.

    March 26, 2022     Deadline for completion of percipient discovery.  In the event of any discovery dispute or application respecting disclosure, depositions or motions for summary disposition, the parties shall promptly submit, after the issue arises, a letter of no longer than five (5) pages stating the reasons for the application.  The adversary will have five (5) business days thereafter to state any opposition, again, in no more than five (5) pages.  Unless the Arbitrator requests one, there shall be no reply.  The parties are reminded to observe the JAMS Recommended Arbitration Discovery Protocols for Domestic, Commercial Cases, effective January 6, 2010.

  April 25, 2022  Deadline for completion of expert discovery.

  May 25, 2022  Date by which virtual hearing shall commence.  The parties contemplate two or three days depending on the Arbitrator's ruling as to scope.

Dated: New York, NY
  January 12, 2022

*/s/ Stephen G. Crane*
Stephen G. Crane, Arbitrator

5

## PROOF OF SERVICE BY E-Mail

Re: Rothenberg Esq., Allen L, et al. vs. Fortune Fay Esq., Thomas, et al.
Reference No. 1425036110

I, Shakiya Wright-McDuffie, not a party to the within action, hereby declare that on January 12, 2022, I served the attached Order No. 2 on the parties in the within action by electronic mail at New York, NEW YORK, addressed as follows:

Peter C. Buckley Esq.
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia, PA   19103-3291
Phone: 215-299-2000
pbuckley@foxrothschild.com
   Parties Represented:
   Allen L. Rothenberg, Esq.
   L/O Allen L. Rothenberg
   Rothenberg Law Firm LLP

Douglas Bregman Esq.
Geoffrey Hervey Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Ave.
Suite 800 West
Bethesda, MD   20814
Phone: (301) 656-2707
dbregman@bregmanlaw.com
ghervey@bregmanlaw.com
   Parties Represented:
   Fay and Perles FSIA Litigation Partnership
   Perles Law Firm, PC
   Steven R. Perles, Esq.

Caragh G. Fay Esq.
Fay Law Group, PA
777 Sixth Street NW
Suite 410
Washington, DC   20001
Phone: 202-589-1300
caragh.fay@gmail.com
   Parties Represented:
   Fay Law Group, PA
   Fay and Perles FSIA Litigation Partnership
   Thomas Fortune Fay, Esq.

Timothy Altemus
Fay Law Group, PA
6205 Executive Blvd.
Rockville, MD   20852
timothy.altemus@faylawgroup.com
   Parties Represented:
   Fay Law Group, PA
   Fay and Perles FSIA Litigation Partnership
   Thomas Fortune Fay, Esq.

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on January 12, 2022.

_____
Shakiya Wright-McDuffie
JAMS
swrightmcduffie@jamsadr.com