

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
T: +1 202 737 0500
F: +1 202 626 3737
kslaw.com

Matthew D. McGill

T: +1 202 626 2644
matthew.mcgill@kslaw.com

October 16, 2025

**VIA CM/ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Fay v. Rothenberg*, Civil Action No. 1:25-cv-7613
              *Perles v. Rothenberg*, Civil Action No. 1:25-cv-8219
              *Fay and Perles FSIA Litigation Partnership v. Rothenberg*, Civil Action
              No. 1:25-cv-08281

Dear Judge Preska,

    Our firms represent Petitioners/Cross-Respondents Thomas Fortune Fay and The Fay Law Group, P.A. (together, the "Fay Parties"), Petitioners/Cross-Respondents Steven R. Perles and the Perles Law Firm, P.C. (the "Perles Parties"), and the Fay and Perles FSIA Litigation Partnership (the "Partnership") in the above-captioned matters. We have been in contact with counsel for Respondents/Cross-Petitioners Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm LLP (the "Rothenberg Parties").

    The parties are discussing a joint stipulation to consolidate the above-captioned matters and are attempting to reach agreement on a jointly requested briefing schedule to streamline the proceedings. It is the understanding of the Fay Parties, the Partnership, and the Perles Parties that pursuant to Local Civil Rule 6.1(b), their oppositions to the Cross-Petition to Confirm Arbitral Award filed by the Rothenberg Parties in Civil Action No. 1:25-cv-7613 are due 14 days after service of the Cross-Petition. The deadline for the Fay Parties' opposition is therefore Monday, October 20, and the deadline for the Perles Parties' opposition and the Partnership's opposition is Tuesday, October 21. The Fay Parties, the Partnership, and the Perles Parties respectfully request that the Court stay the deadline for those oppositions pending the resolution of the discussions between the parties and this Court's entry of an order setting a briefing schedule. The parties intend to submit a joint stipulation and request for a scheduling order as soon as feasible and in all events will provide an update to the court no later than Thursday, October 23.

This is the first request by the Fay Parties, the Partnership, and the Perles Parties for an extension of time in connection with their oppositions to the Cross-Petition.

We have conferred with counsel for the Rothenberg Parties, who do not oppose the requested extension of time.

The requested extension would not affect any other scheduled dates.

Respectfully submitted,

| **KING & SPALDING LLP** | **MORRISON COHEN LLP** |
|---|---|
| By: /s/ *Matthew D. McGill* <br> Matthew D. McGill <br> Alexander Kazam <br> 1700 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> (202) 737-0500 <br> matthew.mcgill@kslaw.com <br> akazam@kslaw.com | By: /s/ *Danielle C. Lesser\** <br> Danielle C. Lesser <br> Edward P. Gilbert <br> 909 Third Avenue <br> New York, NY 10022 <br> (212) 735-8600 <br> dlesser@morrisoncohen.com <br> egilbert@morrisoncohen.com |
| *Attorneys for Thomas Fortune Fay, The Fay Law Group, P.A., and The Fay and Perles FSIA Litigation Partnership* | *Attorneys for Steven R. Perles, Esq., Perles Law Firm, P.C., and The Fay and Perles FSIA Litigation Partnership* <br><br> * Signed with permission by counsel |

```
The request for a stay of the deadline for the oppositions
is granted.  The parties shall submit a joint stipulation
and request for a scheduling order as soon as feasible and
in all events provide an update to the Court no later than
Thursday, October 23, 2025.  The Clerk of the Court shall
close dkt. no. 20.  SO ORDERED.
```

*[Signature: Loretta A. Preska]*

```
Loretta A. Preska
United States District Judge

October 20, 2025
New York, New York
```